IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

| | |
|---|---|
| IN Re: BEXTRA and CELEBREX MARKETING SALES PRACTICE, AND PRODUCT LIABILITY LITIGATION | MDL 1699 |
| This document relates to:<br>Bobby N. Clark | 09-5259 CRB<br>(Transfer Case) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated by and between all parties, through their respective counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), that the claims of Plaintiff Bobby N. Clark in this action are dismissed **with prejudice** with each side bearing its own attorneys' fees and costs.

By: _____
C. Andrew Childers
Childers, Schlueter & Smith, LLC
1932 N. Druid Hills Road, Suite 100
Atlanta, Georgia 30319
Ph: (404) 419-9500
Attorney for Plaintiff

Dated:

By: _____
Michelle W. Sadowsky
DLA PIPER US LLP
1251 Avenue of the Americas
New York, New York 10020-1104
(212) 335-4625
Attorney for Defendants

Dated: August 5, 2011

11964.00841.1287663.1

PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.

Dated: __Aug. 8, 2011__



Hon. Charles R. Breyer
United States District Court